UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BRANDON INDUSTRIAL ENTERPRISES, LLC           CIVIL ACTION
and QUALITY FAB & MECHANICAL, LLC

v.                                            NO. 05-1304

BAKERS INSURANCE COMPANY,                     SECTION "F"
INSURANCE MANAGEMENT SOLUTIONS GROUP, and
FARRELL INSURANCE AGENCY, LLC

ORDER

Local Rule 07.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion.  No memorandum in opposition to defendant Farrell Insurance Agency, LLC's motion for summary judgment, set for hearing on October 11, 2006, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit, IT IS ORDERED that the defendant's motion for summary judgment is GRANTED as unopposed. The plaintiffs' claims against Farrell Insurance Agency are hereby dismissed with prejudice.

New Orleans, Louisiana, October 11, 2006.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE