UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BRANDON INDUSTRIAL ENTERPRISES, LLC          CIVIL ACTION
and QUALITY FAB & MECHANICAL, LLC

v.                                           NO. 05-1304

BAKERS INSURANCE COMPANY,                    SECTION "F"
INSURANCE MANAGEMENT SOLUTIONS GROUP, and
FARRELL INSURANCE AGENCY, LLC

<u>ORDER</u>

　　　Local Rule 07.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion.   Plaintiffs timely filed their opposition to defendants' motion for judgment on the pleadings on September 18, 2006.   However, on October 11, 2006 plaintiffs withdrew their opposition.

　　　Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit, IT IS ORDERED that the defendant's motion for judgment on the pleadings is GRANTED. The plaintiffs' claims against defendant Insurance Management Solutions Group are hereby dismissed with prejudice.

　　　　　　　　　　New Orleans, Louisiana, October 12, 2006.


_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE